[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-13043
Non-Argument Calendar

_____

D.C. Docket No. 5:12-cr-00457-RDP-TMP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH WAYNE KING,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(April 16, 2015)

Before JORDAN, JILL PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert B. Tuten and Mickey J. Gentle, appointed counsel for Joseph Wayne

King in this direct criminal appeal, have filed a motion to withdraw from further

representation of King, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED**, and King's conviction and sentence are **AFFIRMED**.